1  ANDREW B. SABEY (SBN 160416)
   ROBIN S. STAFFORD (SBN 200950)
2  SARAH SCHINDLER (SBN 236414)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:  (415) 268-7000
   Facsimile:   (415) 268-7522

5  JOEL R. REYNOLDS (SBN 85276)
   ANDREW E. WETZLER (SBN 202299)
6  CARA A. HOROWITZ (SBN 220701)
   NATURAL RESOURCES DEFENSE COUNCIL, INC.
7  1314 Second Street
   Santa Monica, CA 90401
8  Telephone:  (310) 434-2300
   Facsimile: (310) 434-2399

9  Attorneys for Plaintiffs
   NATURAL RESOURCES DEFENSE COUNCIL,
10 INC.; THE HUMANE SOCIETY OF THE
   UNITED STATES; CETACEAN SOCIETY
11 INTERNATIONAL; LEAGUE FOR COASTAL
   PROTECTION; OCEAN FUTURES SOCIETY;
12 JEAN-MICHEL COUSTEAU

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 NATURAL RESOURCES DEFENSE COUNCIL,          Civil Action No. CV-02-03805-EDL
   INC.; THE HUMANE SOCIETY OF THE UNITED
17 STATES; CETACEAN SOCIETY INTERNATIONAL;
   LEAGUE FOR COASTAL PROTECTION; OCEAN        **STIPULATION AND [PROPOSED]**
18 FUTURES SOCIETY; JEAN-MICHEL COUSTEAU       **ORDER REGARDING BRIEFING**
                                               **AND HEARING SCHEDULE FOR**
19              Plaintiffs,                     **PLAINTIFF'S MOTION FOR**
                                               **ATTORNEYS' FEES AND COSTS**
20      v.
                                               **Judge:   Hon. Elizabeth Laporte**
21 CARLOS M. GUTIERREZ, SECRETARY OF THE       **Ctrm:     E**
   UNITED STATES DEPARTMENT OF COMMERCE;       **Hearing Date:**  March 13, 2007
22 NATIONAL MARINE FISHERIES SERVICE;          **Time:**             9:00 a.m.
   WILLIAM HOGARTH, ASSISTANT
23 ADMINISTRATOR FOR FISHERIES OF THE
   NATIONAL OCEANOGRAPHIC AND
24 ATMOSPHERIC ADMINISTRATION; VICE
   ADMIRAL CONRAD C. LAUTENBACHER, JR.,
25 ADMINISTRATOR OF THE NATIONAL
   OCEANOGRAPHIC AND ATMOSPHERIC
26 ADMINISTRATION; UNITED STATES
   DEPARTMENT OF THE NAVY; GORDON R.
27 ENGLAND, SECRETARY OF THE UNITED STATES
   DEPARTMENT OF THE NAVY; ADMIRAL VERN
28 CLARK, CHIEF OF NAVAL OPERATIONS

                Defendants.

1       Pursuant to Local Rule 6-2, the parties, by and through their undersigned counsel,

2 hereby stipulate to and respectfully request that the Court issue the following Order setting a

3 briefing and hearing schedule for Plaintiffs' motion for attorneys' fees and costs.

4                            **RECITALS**

5       WHEREAS, on August 7, 2002, Plaintiffs filed this action alleging violations of the

6 Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, the National Environmental Policy

7 Act ("NEPA"), 42 U.S.C. §§ 4321-4370f, and the Marine Mammal Protection Act ("MMPA"), 16

8 U.S.C. 1371-1421h, and requesting injunctive relief to enjoin Defendants' use of low-frequency

9 active ("LFA") sonar during peacetime training exercises;

10       WHEREAS, on October 31, 2002, the District Court for the Northern District of

11 California entered a Preliminary Injunction in favor of Plaintiffs;

12       WHEREAS, on August 26, 2003, the District Court granted in part and denied in part both

13 Plaintiffs' and Defendants' Motions for Summary Judgment and ordered the parties to meet and

14 confer regarding the terms of a tailored permanent injunction;

15       WHEREAS, the District Court approved and ordered the parties' Stipulation Regarding

16 Permanent Injunction on October 14, 2003, and entered Judgment under Rule 58 on October 27,

17 2003;

18       WHEREAS, on December 19, 2003, Defendants filed their Notice appealing the District

19 Court's decision to the Ninth Circuit Court of Appeals;

20       WHEREAS, on July 24, 2006, the Ninth Circuit dismissed Defendants-Appellants' appeal

21 for lack of standing, and Defendants-Appellants did not request Ninth Circuit rehearing or seek

22 further review of the decision;

23       WHEREAS, the parties have met and conferred regarding Plaintiffs' claims for fees and

24 costs under the Equal Access to Justice Act ("EAJA");

25       WHEREAS on November 21, 2006, in order to comply with EAJA's requirement that any

26 claim for fees and costs must be filed within 30 days of final judgment, and consistent with the

27 parties' November 7, 2003 Stipulation filed in this case, Plaintiffs filed their Motion for Fees and

28 Costs Pursuant to 28 U.S.C. § 2412;

1    WHEREAS, in the interests of avoiding an undue expenditure of time and resources in

2    litigating Plaintiffs' EAJA claims, the parties agree that more time is necessary to meet and

3    confer and exchange additional information as necessary to determine whether a mutually

4    agreeable resolution of those claims is possible;

5              **THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

6         1.    If the parties are unable to resolve Plaintiffs' claims for fees and costs under

7    EAJA, Plaintiffs may reasonably supplement their initial Motion for Fees and Costs with

8    additional evidence and a supplemental memorandum of support not to exceed five (5) pages in

9    length, to be filed and served by January 30, 2007.

10        2.    Federal Defendants shall file and serve their Opposition to Plaintiffs' Motion for

11   Fees and Costs and any supplementation thereto by February 20, 2007.

12        3.    Plaintiffs shall file and serve any Reply by February 27, 2007.

13        4.    Defendants do not, by stipulating, concede that Plaintiffs are entitled to fees or

14   costs in any amount.  Neither party waives any right of appeal by entering this stipulation.

15        5.    Service will be by overnight mail and electronic mail.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

6.      The parties ask that that the Court set a hearing on Plaintiffs' Motion for Fees and Costs, if one is deemed necessary, on March 13, 2007, at 9:00 AM, or as soon thereafter as comports with the Court's schedule.

**SO STIPULATED.**

Respectfully submitted this 21st day of November, 2006.

Dated:  November 21, 2006

ANDREW B. SABEY
ROBIN S. STAFFORD
SARAH B. SCHINDLER
MORRISON & FOERSTER LLP

JOEL R. REYNOLDS
ANDREW E. WETZLER
CARA A. HOROWITZ
NATURAL RESOURCES DEFENSE COUNCIL, INC.

By:_____/s/ Robin S. Stafford_____
         Robin S. Stafford

Attorneys for Plaintiffs

Dated:  November 21, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

JEAN WILLIAMS
Chief, Wildlife and Marine Resources Section
KRISTEN L. GUSTAFSON, Trial Attorney
Wildlife and Marine Resources Section
UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES
DIVISION
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20530
(202) 305-0211 (phone)
(202) 305-0275 (fax)

_____/s/ Kristen L. Gustafson_____
         Kristen L. Gustafson

Attorneys for Federal Defendants

IT IS SO ORDERED.
December 5, 2006

IT IS SO ORDERED

*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER REGARDING                3
SCHEDULE FOR FEES AND COSTS
CASE NO. C 02-3805 EDL
sf-2218752