MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

JEAN E. WILLIAMS
Chief, Wildlife and Marine Resources Section
KRISTEN L. GUSTAFSON (DC Bar 460443)
Senior Trial Attorney, Wildlife and Marine Resources Section
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7369, Washington, D.C. 20044-7369
Telephone: (202) 305-0211
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MICHAEL MULLEN, CHIEF OF NAVAL OPERATIONS,<br><br>Defendants. | Civil Action No. CV 02-3805 EDL<br><br>SECOND STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS  AS MODIFIED<br><br>Judge: Hon. Elizabeth Laporte<br>Ctrm: E<br>Hearing Date: May 8, 2007<br>Time:  ~~9 a.m.~~  2:00 P.M. |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR FEES AND COSTS
CASE NO. C 02-3805 EDL

Pursuant to Local Rule 6-2, the parties, by and through their undersigned counsel, hereby stipulate to and respectfully request that the Court issue the following Order setting a briefing and hearing schedule for Plaintiffs' motion for attorneys' fees and costs.

**RECITALS**

WHEREAS, on August 7, 2002, Plaintiffs filed this action alleging violations of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321-4370f, and the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. 1371-1421h, and requesting injunctive relief to enjoin Defendants' use of low-frequency active ("LFA") sonar during peacetime training exercises;

WHEREAS, on October 31, 2002, the District Court for the Northern District of California entered a Preliminary Injunction in favor of Plaintiffs;

WHEREAS, on August 26, 2003, the District Court granted in part and denied in part both Plaintiffs' and Defendants' Motions for Summary Judgment and ordered the parties to meet and confer regarding the terms of a tailored permanent injunction;

WHEREAS, the District Court approved and ordered the parties' Stipulation Regarding Permanent Injunction on October 14, 2003, and entered Judgment under Rule 58 on October 27, 2003;

WHEREAS, on December 19, 2003, Defendants filed their Notice appealing the District Court's decision to the Ninth Circuit Court of Appeals;

WHEREAS, on July 24, 2006, the Ninth Circuit dismissed Defendants-Appellants' appeal for lack of standing, and Defendants-Appellants did not request Ninth Circuit rehearing or seek further review of the decision;

WHEREAS, the parties have met and conferred regarding Plaintiffs' claims for fees and costs under the Equal Access to Justice Act ("EAJA");

WHEREAS on November 21, 2006, in order to comply with EAJA's requirement that any claim for fees and costs must be filed within 30 days of final judgment, and consistent with the parties' November 7, 2003 Stipulation filed in this case, Plaintiffs filed their Motion for Fees and Costs Pursuant to 28 U.S.C. § 2412;

1  WHEREAS on January 17, 2007, the Ninth Circuit issued an Order granting Plaintiffs'
2  motion to transfer consideration of fees on appeal to this Court;
3  WHEREAS on January 30, 2007, Plaintiffs supplemented their initial Motion for Fees and
4  Costs with additional evidence and a supplemental memorandum of support;
5  WHEREAS, in the interests of avoiding an undue expenditure of time and resources in
6  litigating Plaintiffs' EAJA claims, the parties agree that more time is necessary to meet and confer
7  and exchange additional information as necessary to determine whether a mutually agreeable
8  resolution of those claims is possible;

9  **THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

10  1.  Federal Defendants shall file and serve their Opposition to Plaintiffs' Motion for
11  Fees and Costs and any supplementation thereto by March 27, 2007.
12  2.  Plaintiffs shall file and serve any Reply by April 10, 2007.
13  3.  Defendants do not, by stipulating, concede that Plaintiffs are entitled to fees or
14  costs in any amount.  Neither party waives any right of appeal by entering this stipulation.
15  4.  Service will be by overnight mail and electronic mail.
16  5.  The parties ask that that the Court set a hearing on Plaintiffs' Motion for Fees and
17  Costs, if one is deemed necessary, on May 8, 2007, at ~~9:00 AM~~ 2:00 PM, or as soon thereafter as comports
18  with the Court's schedule.

19  **SO STIPULATED.**

20
21  Respectfully submitted this 15th day of February, 2007.
22
23  Dated:  February 15, 2007

24  MATTHEW J. MCKEOWN
    Acting Assistant Attorney General
25  ENVIRONMENT AND NATURAL RESOURCES
    DIVISION
26
    JEAN WILLIAMS
27  Chief, Wildlife and Marine Resources Section
    KRISTEN L. GUSTAFSON, Senior Trial Attorney
    Wildlife and Marine Resources Section
28  UNITED STATES DEPARTMENT OF JUSTICE

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR FEES AND COSTS
2
CASE NO. C 02-3805 EDL

```
                              ENVIRONMENT AND NATURAL RESOURCES
                              DIVISION
                              Benjamin Franklin Station, P.O. Box 7369
                              Washington, D.C. 20530
                              (202) 305-0211 (phone)
                              (202) 305-0275 (fax)


                              By:    /s/ Kristen L. Gustafson
                                     Kristen L. Gustafson

                              Attorneys for Defendants


Dated:  February 15, 2007

                              ROBIN S. STAFFORD
                              SARAH B. SCHINDLER
                              MORRISON & FOERSTER LLP

                              JOEL R. REYNOLDS
                              ANDREW E. WETZLER
                              CARA A. HOROWITZ
                              NATURAL RESOURCES DEFENSE COUNCIL, INC.


                              By:    /s/ Robin S. Stafford
                                     Robin S. Stafford

                              Attorneys for Plaintiffs
```

The terms of the above Stipulation are hereby approved and so ORDERED.

Dated:  February _20_, 2007

_____
Magistrate Judge Elizabeth D. Laporte

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR FEES AND COSTS
3
CASE NO. C 02-3805 EDL