1  MATTHEW J. MCKEOWN
   Acting Assistant Attorney General
2  Environment and Natural Resources Division

3  JEAN E. WILLIAMS
   Chief, Wildlife and Marine Resources Section
4  KRISTEN L. GUSTAFSON (DC Bar 460443)
   Senior Trial Attorney, Wildlife and Marine Resources Section
5  United States Department of Justice
   Environment and Natural Resources Division
6  P.O. Box 7369, Washington, D.C. 20044-7369
   Telephone: (202) 305-0211
7  Facsimile: (202) 305-0275

8  Attorneys for Defendants

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

| 14 | NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU, | Civil Action No. CV 02-3805 EDL |
|----|---|---|
| 15 | | THIRD STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |
| 16 | | |
| 17 | Plaintiffs, | |
| 18 | v. | |
| 19 | CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MICHAEL MULLEN, CHIEF OF NAVAL OPERATIONS, | Judge: Hon. Elizabeth Laporte<br>Ctrm: E<br>Hearing Date: ~~May 8, 2007~~ May 15, 2007<br>Time: 2 p.m. |
| 28 | Defendants. | |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FEES AND COSTS
CASE NO. C 02-3805 EDL

Pursuant to Local Rule 6-2, the parties, by and through their undersigned counsel, hereby stipulate to and respectfully request that the Court issue the following Order setting a briefing and hearing schedule for Plaintiffs' motion for attorneys' fees and costs.

**RECITALS**

WHEREAS, on August 7, 2002, Plaintiffs filed this action alleging violations of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321-4370f, and the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. 1371-1421h, and requesting injunctive relief to enjoin Defendants' use of low-frequency active ("LFA") sonar during peacetime training exercises;

WHEREAS, on October 31, 2002, the District Court for the Northern District of California entered a Preliminary Injunction in favor of Plaintiffs;

WHEREAS, on August 26, 2003, the District Court granted in part and denied in part both Plaintiffs' and Defendants' Motions for Summary Judgment and ordered the parties to meet and confer regarding the terms of a tailored permanent injunction;

WHEREAS, the District Court approved and ordered the parties' Stipulation Regarding Permanent Injunction on October 14, 2003, and entered Judgment under Rule 58 on October 27, 2003;

WHEREAS, on December 19, 2003, Defendants filed their Notice appealing the District Court's decision to the Ninth Circuit Court of Appeals;

WHEREAS, on July 24, 2006, the Ninth Circuit dismissed Defendants-Appellants' appeal for lack of standing, and Defendants-Appellants did not request Ninth Circuit rehearing or seek further review of the decision;

WHEREAS, the parties have met and conferred regarding Plaintiffs' claims for fees and costs under the Equal Access to Justice Act ("EAJA");

WHEREAS on November 21, 2006, in order to comply with EAJA's requirement that any claim for fees and costs must be filed within 30 days of final judgment, and consistent with the parties' November 7, 2003 Stipulation filed in this case, Plaintiffs filed their Motion for Fees and Costs Pursuant to 28 U.S.C. § 2412;

1  WHEREAS on January 17, 2007, the Ninth Circuit issued an Order granting Plaintiffs'
2  motion to transfer consideration of fees on appeal to this Court;

3  WHEREAS on January 30, 2007, Plaintiffs supplemented their initial Motion for Fees and
4  Costs with additional evidence and a supplemental memorandum of support;

5  WHEREAS on March 6, 2007, Defendants sent Plaintiffs an offer to settle all claims for
6  attorneys' fees and costs in this litigation, to which Plaintiffs have not yet responded;

7  WHEREAS, in the interests of avoiding an undue expenditure of time and resources in
8  litigating Plaintiffs' EAJA claims, the parties agree that more time is necessary to meet and confer
9  and exchange additional information as necessary to determine whether a mutually agreeable
10 resolution of those claims is possible;

11 **THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

12 1. Federal Defendants shall file and serve their Opposition to Plaintiffs' Motion for
13 Fees and Costs and any supplementation thereto by April 13, 2007.

14 2. Plaintiffs shall file and serve any Reply by April 27, 2007.

15 3. Defendants do not, by stipulating, concede that Plaintiffs are entitled to fees or
16 costs in any amount.  Neither party waives any right of appeal by entering this stipulation.

17 4. Service will be by overnight mail and electronic mail.

18 5. The parties ask that that the Court set a hearing on Plaintiffs' Motion for Fees and
19 Costs, if one is deemed necessary, on May 8, 2007, at 2:00 PM, or as soon thereafter as comports
20 with the Court's schedule.

21 **SO STIPULATED.**

23 Respectfully submitted this 23rd day of March, 2007.

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FEES AND COSTS
2
CASE NO. C 02-3805 EDL

Dated: March 23, 2007

        MATTHEW J. MCKEOWN
        Acting Assistant Attorney General
        ENVIRONMENT AND NATURAL RESOURCES
        DIVISION

        JEAN WILLIAMS
        Chief, Wildlife and Marine Resources Section
        KRISTEN L. GUSTAFSON, Senior Trial Attorney
        Wildlife and Marine Resources Section
        UNITED STATES DEPARTMENT OF JUSTICE
        ENVIRONMENT AND NATURAL RESOURCES
        DIVISION
        Benjamin Franklin Station, P.O. Box 7369
        Washington, D.C. 20530
        (202) 305-0211 (phone)
        (202) 305-0275 (fax)

        By:   /s/ Kristen L. Gustafson
               Kristen L. Gustafson

        Attorneys for Defendants

Dated: March 23, 2007

        ROBIN S. STAFFORD
        SARAH B. SCHINDLER
        MORRISON & FOERSTER LLP

        JOEL R. REYNOLDS
        ANDREW E. WETZLER
        CARA A. HOROWITZ
        NATURAL RESOURCES DEFENSE COUNCIL, INC.

        By:   /s/ Robin S. Stafford
               Robin S. Stafford

        Attorneys for Plaintiffs

The terms of the above Stipulation are hereby approved and so ORDERED. The hearing on Plaintiffs' motion is continued to May 15, 2007 at 2 p.m.

Dated: March 26, 2007

        _____
        Magistrate Judge Elizabeth D. Laporte

*IT IS SO ORDERED AS MODIFIED*

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE, FEES, AND COSTS

3

CASE NO. C 02-3805 EDL