1  MATTHEW J. MCKEOWN
   Acting Assistant Attorney General
2  Environment and Natural Resources Division

3  JEAN E. WILLIAMS
   Chief, Wildlife and Marine Resources Section
4  KRISTEN L. GUSTAFSON (DC Bar 460443)
   Senior Trial Attorney, Wildlife and Marine Resources Section
5  United States Department of Justice
   Environment and Natural Resources Division
6  P.O. Box 7369, Washington, D.C. 20044-7369
   Telephone:  (202) 305-0211
7  Facsimile:  (202) 305-0275

8  Attorneys for Defendants

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU,<br><br>                                   Plaintiffs,<br><br>     v.<br><br>CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANOGRAPHIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MICHAEL MULLEN, CHIEF OF NAVAL OPERATIONS,<br><br>                                   Defendants. | Civil Action No.  CV 02-3805 EDL<br><br>FIFTH STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS<br><br>Judge:  Hon. Elizabeth Laporte<br>Ctrm:   E<br>Hearing Date: ~~May 29, 2007~~ June 6, 2007<br>Time:    ~~2 p.m.~~ 9 a.m. |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FEES AND COSTS
CASE NO. C 02-3805 EDL

Pursuant to Local Rule 6-2, the parties, by and through their undersigned counsel, hereby stipulate to and respectfully request that the Court issue the following Order setting a briefing and hearing schedule for Plaintiffs' motion for attorneys' fees and costs.

**RECITALS**

WHEREAS, on August 7, 2002, Plaintiffs filed this action alleging violations of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321-4370f, and the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. 1371-1421h, and requesting injunctive relief to enjoin Defendants' use of low-frequency active ("LFA") sonar during peacetime training exercises;

WHEREAS, on October 31, 2002, the District Court for the Northern District of California entered a Preliminary Injunction in favor of Plaintiffs;

WHEREAS, on August 26, 2003, the District Court granted in part and denied in part both Plaintiffs' and Defendants' Motions for Summary Judgment and ordered the parties to meet and confer regarding the terms of a tailored permanent injunction;

WHEREAS, the District Court approved and ordered the parties' Stipulation Regarding Permanent Injunction on October 14, 2003, and entered Judgment under Rule 58 on October 27, 2003;

WHEREAS, on December 19, 2003, Defendants filed their Notice appealing the District Court's decision to the Ninth Circuit Court of Appeals;

WHEREAS, on July 24, 2006, the Ninth Circuit dismissed Defendants-Appellants' appeal for lack of standing, and Defendants-Appellants did not request Ninth Circuit rehearing or seek further review of the decision;

WHEREAS, the parties have met and conferred regarding Plaintiffs' claims for fees and costs under the Equal Access to Justice Act ("EAJA");

WHEREAS, on November 21, 2006, in order to comply with EAJA's requirement that any claim for fees and costs must be filed within 30 days of final judgment, and consistent with the parties' November 7, 2003 Stipulation filed in this case, Plaintiffs filed their Motion for Fees and Costs Pursuant to 28 U.S.C. § 2412;

1       WHEREAS, on January 17, 2007, the Ninth Circuit issued an Order granting Plaintiffs'
2 motion to transfer consideration of fees on appeal to this Court;
3       WHEREAS, on January 30, 2007, Plaintiffs supplemented their initial Motion for Fees and
4 Costs with additional evidence and a supplemental memorandum of support;
5       WHEREAS, on March 6, 2007, Defendants sent Plaintiffs an offer to settle all claims for
6 attorneys' fees and costs in this litigation;
7       WHEREAS, the parties have been engaged in settlement negotiations from March 6, 2007,
8 to the present date;
9       WHEREAS, the parties have reached agreement in principle and are in the process of
10 drafting a stipulated settlement agreement for filing with the Court that would resolve all of
11 Plaintiffs' claims for attorneys' fees and costs in connection with this litigation;
12       WHEREAS, in the interests of avoiding an undue expenditure of time and resources in
13 litigating Plaintiffs' EAJA claims, the parties agree that more time is necessary to draft the
14 aforementioned settlement document;

15       **THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

16       1.     Defendants shall file and serve their Opposition to Plaintiffs' Motion for Fees and
17 Costs and any supplementation thereto by May 4, 2007.
18       2.     Plaintiffs shall file and serve any Reply by May 18, 2007.
19       3.     Defendants do not, by stipulating, concede that Plaintiffs are entitled to fees or
20 costs in any amount.  Neither party waives any right of appeal by entering this stipulation.
21       4.     Service will be by overnight mail and electronic mail.
22       5.     The parties ask that that the Court set a hearing on Plaintiffs' Motion for Fees and
23 Costs, if one is deemed necessary, on May 29, 2007, at 2:00 PM, or as soon thereafter as comports
24 with the Court's schedule.

25       **SO STIPULATED.**
26
27       Respectfully submitted this 20th day of April, 2007.
28

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FEES AND COSTS
2
CASE NO. C 02-3805 EDL

1  Dated: April 20, 2007

2                                         MATTHEW J. MCKEOWN
                                          Acting Assistant Attorney General
3                                         ENVIRONMENT AND NATURAL RESOURCES
                                          DIVISION
4
                                          JEAN WILLIAMS
5                                         Chief, Wildlife and Marine Resources Section
                                          KRISTEN L. GUSTAFSON, Senior Trial Attorney
                                          Wildlife and Marine Resources Section
6                                         UNITED STATES DEPARTMENT OF JUSTICE
                                          ENVIRONMENT AND NATURAL RESOURCES
7                                         DIVISION
                                          Benjamin Franklin Station, P.O. Box 7369
8                                         Washington, D.C. 20530
                                          (202) 305-0211 (phone)
9                                         (202) 305-0275 (fax)

10

                                          By:  /s/ Kristen L. Gustafson
11                                             Kristen L. Gustafson

12                                        Attorneys for Defendants

13
     Dated: April 20, 2007
14
                                          ROBIN S. STAFFORD
15                                        SARAH B. SCHINDLER
                                          MORRISON & FOERSTER LLP
16
                                          JOEL R. REYNOLDS
17                                        ANDREW E. WETZLER
                                          CARA A. HOROWITZ
18                                        NATURAL RESOURCES DEFENSE COUNCIL, INC.

19

20                                        By:  /s/ Robin S. Stafford
                                               Robin S. Stafford
21
                                          Attorneys for Plaintiffs
22
                                          ORDER
23  The hearing on Plaintiffs' Motion is continued to June 6, 2007 at 9:00 a.m.

24  The terms of the above Stipulation are hereby approved and so ORDERED.

25

26  Dated: April 30, 2007

27                                        _____
                                          Magistrate Judge Elizabeth D. Laporte
28

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE, FEES AND COSTS
3
CASE NO. C 02-3805 EDL

*IT IS SO ORDERED AS MODIFIED* — Judge Elizabeth D. Laporte