ROBIN S. STAFFORD
SARAH B. SCHINDLER
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-6674 (phone)
(415) 268-7522 (fax)

JOEL R. REYNOLDS
ANDREW E. WETZLER
CARA A. HOROWITZ
NATURAL RESOURCES DEFENSE COUNCIL, INC.
1314 Second Street
Santa Monica, California 90401
(310) 434-2300 (phone)
(310) 434-2399 (fax)

Attorneys for Plaintiffs

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

JEAN E. WILLIAMS
Chief, Wildlife and Marine Resources Section
KRISTEN L. GUSTAFSON (DC Bar 460443)
Senior Trial Attorney, Wildlife and Marine Resources Section
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7369, Washington, D.C. 20044-7369
(202) 305-0211 (phone)
(202) 305-0275 (fax)

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATURAL RESOURCES DEFENSE COUNCIL, INC.; THE HUMANE SOCIETY OF THE UNITED STATES; CETACEAN SOCIETY INTERNATIONAL; LEAGUE FOR COASTAL PROTECTION; OCEAN FUTURES SOCIETY; JEAN-MICHEL COUSTEAU,

Plaintiffs,

v.

Civil Action No. CV 02-3805 EDL

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT OF ATTORNEYS' FEES, COSTS, AND EXPENSES

CARLOS M. GUTIERREZ, SECRETARY OF THE UNITED STATES DEPARTMENT OF COMMERCE; NATIONAL MARINE FISHERIES SERVICE; WILLIAM HOGARTH, ASSISTANT ADMINISTRATOR FOR FISHERIES OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; VICE ADMIRAL CONRAD C. LAUTENBACHER, JR., ADMINISTRATOR OF THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; UNITED STATES DEPARTMENT OF THE NAVY; DONALD C. WINTER, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE NAVY; ADMIRAL MICHAEL MULLEN, CHIEF OF NAVAL OPERATIONS,

Defendants.

Plaintiffs, Natural Resources Defense Council, Inc., the Humane Society of the United States, Cetacean Society International, League for Coastal Protection, Ocean Futures Society, and Jean-Michel Cousteau, and Defendants, Carlos M. Gutierrez, Secretary of the United States Department of Commerce; the National Marine Fisheries Service; William Hogarth, Assistant Administrator for Fisheries of the National Oceanic and Atmospheric Administration; Vice Admiral Conrad Lautenbacher, Jr., Administrator of the National Oceanic and Atmospheric Administration; the United States Department of the Navy; Donald C. Winter, Secretary of the United States Department of the Navy; and Admiral Michael Mullen, Chief of Naval Operations, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on August 7, 2002, Plaintiffs filed this action alleging violations of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321-4370f, and the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. 1371-1421h, and requesting injunctive relief to enjoin Defendants' use of low-frequency active ("LFA") sonar during peacetime training exercises;

WHEREAS, on October 31, 2002, the District Court for the Northern District of California entered a Preliminary Injunction restricting, but not prohibiting, the use of LFA sonar and ordered the parties to meet and confer regarding the terms of a tailored preliminary injunction;

WHEREAS, the District Court approved and ordered the parties' Stipulation Regarding Preliminary Injunction on November 15, 2002;

WHEREAS, on August 26, 2003, the District Court granted in part and denied in part both Plaintiffs' and Defendants' Motions for Summary Judgment and ordered the parties to meet and confer regarding the terms of a tailored permanent injunction;

WHEREAS, the District Court approved and ordered the parties' Stipulation Regarding Permanent Injunction on October 14, 2003, and entered Judgment under Rule 58 on October 27, 2003;

WHEREAS, on December 19, 2003, Defendants filed their Notice appealing the District Court's decision to the Ninth Circuit Court of Appeals;

WHEREAS, on July 24, 2006, the Ninth Circuit dismissed Defendants-Appellants' appeal for lack of standing, and Defendants-Appellants did not request Ninth Circuit rehearing or seek further review of the decision;

WHEREAS, on November 21, 2006, Plaintiffs applied for attorneys' fees, costs, and expenses under the Equal Access to Justice Act ("EAJA") by filing their Motion for Fees and Costs Pursuant to 28 U.S.C. § 2412;

WHEREAS, on January 17, 2007, the Ninth Circuit issued an Order granting Plaintiffs' motion to transfer consideration of fees on appeal to this Court;

WHEREAS, on January 30, 2007, Plaintiffs supplemented their initial Motion for Fees and Costs Pursuant to 28 U.S.C. § 2412 with additional evidence and a supplemental memorandum of support;

WHEREAS, the parties agree that it is in their interest and the interest of judicial economy to settle Plaintiffs' application for attorneys' fees, costs, and expenses under EAJA without protracted litigation; and

WHEREAS, the parties enter this Stipulation Regarding Settlement of Attorneys' Fees, Costs, and Expenses ("Stipulation") without any admission of fact or law, or waiver of any claims or defenses, factual or legal.

**THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

1. Defendants agree to pay and Plaintiffs agree to accept $1,700,000.00 in full settlement of Plaintiffs' claims for attorneys' fees, costs, and expenses associated with the above-captioned litigation, including all claims for attorneys' fees, costs, and expenses incurred before the District Court, before the Ninth Circuit Court of Appeals, and in pursuit of their claims for such fees, costs, and expenses.

2. Defendants will make payment of the $1,700,000.00 in two installments of $1,275,000.00 and $425,000.00.

3. Payment of the first installment of $1,275,000.00 will be due no later than 60 days after the Court's entry of the Stipulation and Order.

4. Payment of the second installment of $425,000.00 will be due in the 2008 United States Government Fiscal Year (i.e. October 1-September 30) ("Fiscal Year") by November 30, 2007. Defendants may, at their sole discretion, elect to pay the second installment during the 2007 Fiscal Year.

5. All payments will be made by electronic funds transfer to Morrison & Foerster, LLP, 425 Market Street, San Francisco, California 94105.

6. Plaintiffs agree to provide all information necessary for Defendants to process the disbursements (including the plaintiffs' names, the payees' names, the payees' address, the payees' bank account number, the account type, the bank routing transit number ("RTN"), the payee's tax identification number, and a complete and accurate NOAA Vendor Profile Form for electronic funds transfers) no later than 30 days after the Court's entry of the Stipulation and Order.

7. Defendants agree to submit all necessary paperwork to ensure that payment is made in the time periods set forth in paragraphs 3 and 4 above.

8. By this Stipulation, Defendants do not waive any right to contest any aspect of attorneys' fees, costs, or expenses, including hourly rates, claimed by Plaintiffs or Plaintiffs' counsel in future litigation. This Stipulation has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

9. No provision of this Agreement shall be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

10. Because this Stipulation resolves all of Plaintiffs' claims to fees, costs, and expenses in the above-captioned matter ("Fee Claims"), Plaintiffs hereby withdraw their Motion for Fees and Costs Pursuant to 28 U.S.C. § 2412, and all supplementation thereto and release Defendants from the Fee Claims.

11. This Stipulation contains the entire agreement between the parties to this Stipulation, and all previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulation, are fully and completely extinguished and superseded by this Stipulation. This Stipulation may be modified upon

mutual written consent of the parties and the Court's approval of a joint stipulation to modify this Stipulation.

12. The undersigned representatives of the Plaintiffs and Defendants certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulation and to legally bind them to it.

13. The provisions of this Stipulation shall apply to and be binding upon each of the parties including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

14. The parties further ask that the Court vacate the hearing on Plaintiffs' Motion for Fees and Costs, which is currently set for June 6, 2007, at 9:00 AM.

**SO STIPULATED.**

Respectfully submitted this 4th day of May, 2007.

Dated: May 4, 2007

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
ENVIRONMENT AND NATURAL RESOURCES DIVISION

JEAN WILLIAMS
Chief, Wildlife and Marine Resources Section
KRISTEN L. GUSTAFSON, Senior Trial Attorney
Wildlife and Marine Resources Section
UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES DIVISION
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20530
(202) 305-0211 (phone)
(202) 305-0275 (fax)

By: /s/ Kristen L. Gustafson
Kristen L. Gustafson

Attorneys for Defendants

Dated: May 4, 2007

ROBIN S. STAFFORD
SARAH B. SCHINDLER
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-6674 (phone)
(415) 268-7522 (fax)

By: /s/ Robin S. Stafford
Robin S. Stafford

Attorneys for Plaintiffs

Dated: May 4, 2007

JOEL R. REYNOLDS
ANDREW E. WETZLER
CARA A. HOROWITZ
NATURAL RESOURCES DEFENSE COUNCIL, INC. 1314 Second Street
Santa Monica, California 90401
(310) 434-2300 (phone)
(310) 434-2399 (fax)

By: /s/ Joel R. Reynolds
Joel R. Reynolds

Attorneys for Plaintiffs

SIGNATURE ATTESTATION

I, Kristen Gustafson, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Robin Stafford and Joel Reynolds have concurred in this filing. I will retain on file for the required period their original signatures indicated by "conformed" signatures in this e-filed document.

The terms of the above Stipulation are hereby APPROVED and SO ORDERED. Plaintiffs' Motion for Fees and Costs Pursuant to 28 U.S.C. § 2412 is hereby withdrawn.

Dated: May _8_, 2007




______________________________
Magistrate Judge Elizabeth D. Laporte